Opinion issued May 8, 2025



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00995-CR

————————————

**LAKESIA DESHON BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Case No. 19-CR-1431

## MEMORANDUM OPINION

Appellant, Lakesia Deshon Brown, has filed a motion to voluntarily dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decisions have issued. *See* TEX. R. APP. P. 42.2(a), (b). Further,

more than ten days have passed, and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.

Do not publish. TEX. R. APP. P. 47.2(b).